NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brianna.smith@usdoj.gov

*Attorneys for Respondents*
*James McHenry and Jill Anderson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Prymas Vaz,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>James McHenry, in his Official Capacity as Director of Executive Office for Immigration Review; Jill Anderson, in her Official Capacity as General Counsel for Executive Office for Immigration Review,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00316-KJD-NJK<br><br>**Stipulation to Extend Time to Respond to Petition for Writ of Mandamus and Complaint for Declaratory Relief (ECF No. 1)** |

　　　Plaintiff Prymas Vaz and Respondents James McHenry and Jill Anderson, through their respective counsel, hereby stipulate as follows:

　　　1. The deadline for the Respondents to answer or otherwise respond was April 16, 2020.

　　　2. Respondents seek additional time to respond to the complaint which is necessary due to a calendaring error.

　　　3. The parties have agreed to extend the deadline to answer or otherwise respond to the complaint to June 26, 2020.

　　　4. Through this stipulation, plaintiff agrees to withdraw its motion for default judgment (ECF No. 10)

1. 5. This stipulation is made in good faith and not for the purpose of delay.

   Therefore, the parties request that the Court extend the deadline for an answer or other response to June 26, 2020.

   Respectfully submitted this 27th day of May 2020.

| | |
|---|---|
| Bolour/Carl Immigration Group, APC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Scott A. Emerick*<br>Scott A. Emerick, Esq.<br>California Bar. No. 299393<br>145 S. Fairfax Ave., Ste. 200<br>Los Angeles, CA 90036 | */s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney |
| Jon E. Garde, Esq.<br>4455 S. Pecos, Ste. B<br>Las Vegas, NV 89121<br>702-898-9540<br>4Justice@jeglaw.com | *Attorneys for the United States* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES           JUDGE**

**DATED:** 6/16/2020 _____